IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| **Marcie Dorsett**, ) | C/A No. 3:05-1271-CMC |
| ) | CR. No. 3:04-325 |
| Petitioner, ) | |
| ) | **OPINION AND ORDER** |
| v. ) | |
| ) | |
| **United States of America,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Petitioner, a federal inmate proceeding *pro se*, seeks relief pursuant to 28 U.S.C. § 2255. Petitioner challenges her sentence, inter alia, on grounds of (1) prosecutorial misconduct and (2) ineffective assistance of counsel. The Government filed a response and a motion to dismiss or in the alternative for summary judgment on May 19, 2005. The court advised Petitioner of the summary judgment procedure and the consequences if she failed to respond to the motion for summary judgment. On June 13, 2005, Petitioner wrote a letter to the court which the court is treating as a response to the motion for summary judgment.

The court has reviewed the complete record in this case. For the reasons stated in the Government's response, which this court finds to be correct and adopts as its findings, the court grants the Government's motion for summary judgment as to all of Petitioner's claims for relief.

**IT IS THEREFORE ORDERED** that the Government's Motion for Summary Judgment is **GRANTED.** The Petition under 28 U.S.C. § 2255 is *dismissed with prejudice*.

**IT IS SO ORDERED.**

     s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
August 17, 2005

C:\temp\notesFFF692\~8760049.wpd